UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| In re: ) | Chapter 13 |
| ) | |
| GREGG G. AVADANIAN ) | Case No. 21-21227-JRS |
| ) | |
| Debtor. ) | Judge Sacca |
| ) | |

MOTION OF DEBTOR TO VOLUNTARILY DISMISS CASE

COMES NOW Gregg G. Avadanian ("Debtor") and moves the Court for an order dismissing this case pursuant to 11 U.S.C. § 1307(b) and shows the Court that the case has not previously been coverted under 11 U.S.C. §§ 706, 1112, or 1208.

This 1st day of March, 2022.

                                              KELLEY & CLEMENTS LLP

                                              By:    */s/ Charles N. Kelley, Jr.*
                                                       Charles N. Kelley, Jr.
                                                       Georgia State Bar No. 412212
                                                       ckelley@kelleyclements.com

                                                       Counsel for Debtor

PO Box 2758
Gainesville, Georgia 30503
(770) 531-0007

KC-4872-0518-1970-1

CERTIFICATE OF SERVICE

I hereby certify that I did this day file the above Motion with the Court via its CM/ECF system, which will provide electronic mail notice to all parties entitled to notice of this Motion.

This 1st day of March, 2022.

                                           KELLEY & CLEMENTS LLP

By:   */s/ Charles N. Kelley, Jr.*
        Charles N. Kelley, Jr.
        Georgia State Bar No. 412212
        ckelley@kelleyclements.com

        Counsel for Debtor

PO Box 2758
Gainesville, Georgia 30503
(770) 531-0007

KC-4872-0518-1970-1